## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS GELETA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 06-1822 (RJL) |
| | ) |
| ADRIAN M. FENTY, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this

15th day of February, 2010, hereby

**ORDERED** that the defendant's Motion for Summary Judgment [# 25] is

**GRANTED**, and it is further

**ORDERED** that the above-captioned case be **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge